| | |
|---|---|
| 1 | NILS ROSENQUEST [SB# 87661] |
| 2 | SUSAN A. BUSH [SB# 110906]<br>ROSENQUEST & ASSOCIATES |
| 3 | 2720 Taylor Street, Suite 420<br>San Francisco, California 94133 |
| 4 | Tel.:   415-292-0980<br>Fax:   415-292-0989 |
| 5 | Email:  rosenquest@earthlink.net<br>           rosenquestlaw@earthlink.net |

Attorneys for Plaintiffs, Mohan Sundareson, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN SUNDARESON, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>ETIHAD AIRWAYS,<br><br>            Defendant. | Case No.  15-CV-04700-JSC<br><br>REQUEST FOR DISMISSAL; ORDER THEREON |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Plaintiffs, Mohan Sundareson and Romola Sundareson, pursuant to the stipulation of the parties, request that the above-entitled action, together with all claims and causes of action, be dismissed with prejudice.

                                          Respectfully submitted,

Dated:  June 22, 2016        ROSENQUEST & ASSOCIATES

                                          By: */s/  Nils Rosenquest*
                                               Nils Rosenquest
                                               Attorneys for Plaintiffs

## **ORDER**

The above-entitled action, together with all claims and causes of action, is ordered dismissed with prejudice pursuant to the request of plaintiffs.

Date: June 23, 2016

*Jacqueline Scott Corley*
Hon. Jacqueline Scott Corley
United States Magistrate Judge